IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 APR 12  AM 10: 35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| THE STATE OF TEXAS, et. al. | )<br>) |
| Plaintiffs, | ) Civil Action No. |
| v. | )<br>) **A12CV0324** |
| PENGUIN GROUP (USA) INC., et. al. | )<br>) **LY** |
| Defendants. | ) |

**ORDER GRANTING LEAVE TO FILE UNREDACTED COMPLAINT UNDER SEAL**

On this day came to be considered the Plaintiff States' Motion of Leave to File Unredacted Complaint Under Seal. After considering the same, the Court is of the opinion that this motion should be GRANTED.

It is therefore ORDERED that the Clerk shall hold Plaintiffs' Unredacted Complaint under seal, subject to further orders of the Court.

Date: April 12, 2012.

_____
JUDGE PRESIDING