```
CASE: 1:12-cv-00324

DETAILS: Case transferred from Texas Western
has been opened in Southern District of New York
as case 1:12-cv-03394, filed 04/30/2012.
```